624

Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. Atlee Pomerene* and *Clan Crawford* for petitioner. *Messrs. Arthur D. Baldwin* and *John L. Cable* for respondent.

No. 526. CONTINENTAL TRUST CO., TRUSTEE, ET AL. *v.* W. R. BONSAL & CO. ET AL. December 17, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Gordon M. Buck, Edward Duffy, Edwin S. Sunderland, Thomas O'G. Fitzgibbon, Edward R. Baird, Jr., Carlyle Barton, Leon T. Seawell,* and *Theodore S. Garnett* for petitioners. *Messrs. C. Francis Cocke* and *T. H. Willcox* for respondents.

No. 529. FREDERICK *v.* MUTUAL BUILDING & INVESTMENT CO. ET AL. December 17, 1934. Petition for writ of certiorari to the Supreme Court of Ohio denied. *Mr. Hiram Ralph Burton* for petitioner. *Mr. John W. Bricker* for respondents.

No. 530. AMERICAN SILK MILLS, INC. *v.* IRVING TRUST CO. ET AL., RECEIVERS. December 17, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Leonard Acker* for petitioner. *Mr. Basil O'Connor* for respondents.

No. 572. MITCHELL *v.* WASHINGTON. See *ante,* p. 533.

No. 577. THRASHER *v.* ADERHOLD, WARDEN. January 7, 1935. Petition for writ of certiorari to the Circuit